# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-23635 |
|   James A. Leschak, | ) | |
|   Wendy L. Leschak, | ) | |
| | ) | Chapter 13 |
|      Debtors. | ) | |
| _____ | ) | |
|   James A. Leschak, | ) | |
|   Wendy L. Leschak, | ) | |
| | ) | Related to Document No. |
|      Movants, | ) | |
| | ) | |
|      v. | ) | |
|   Chase Mortgage, | ) | |
| | ) | |
|      Respondent. | ) | |

**LOAN MODIFICATION SUMMARY**

Property Valuation: $ 135,000.00    Source: Assessment

Original Loan Amount: $ 130,000.00    Origination Date: April 30, 2004

Prepetition Arrears: $ 58,860.28

| As of Petition Date | | Under Proposed Modification |
|---|---|---|
| $212,524.14 | **Principal Balance** | $212,101.03 |
| 5.750% | **Interest Rate** | 3.875% |
| May 1, 2034 | **Maturity Date** | July 1, 2056 |
| $636.77 | **P&I Payment** | **$685.45** |
| $372.96 | **Escrow Payment** | **$437.20** |
| $1,073.97 | **Total Payment** | **$1,122.65** |
| | **Balloon Payment** | |
| | **Cumulative Interest** | |
| | **LTV** | |
| $1,062.00 | **Ch. 13 Payment** | **$1,390.00** |
| $0.00 | **Ch. 13 Pmt. (Arrears)** | $0.00 |

**Any other term(s) in which there is a substantive difference between the original loan and the proposed modified loan:**